■ In the Matter of HENRY GRITZ, Petitioner, v PLUMMER E. LOTT, as Justice of the Supreme Court of the State of New York, et al., Respondents. [745 NYS2d 462] —Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, to compel the respondent Plummer E. Lott, a Justice of the Supreme Court, Kings County, to direct the New York City Department of Probation to prepare a probation report in connection with the petitioner's application for a certificate of relief from disabilities pursuant to Correction Law § 702.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman,* 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought. O'Brien, J.P., Friedmann, McGinity and H. Miller, JJ., concur.